

# Fourth Court of Appeals
## San Antonio, Texas

November 2, 2018

No. 04-17-00609-CV

Marta **ARREDONDO**,
Appellant

v.

**TECHSERV CONSULTING AND TRAINING, LTD.,** T&D Solutions, LLC, and AEP Texas
Central Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 15-08-16922-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

Sitting:  Sandee Bryan Marion, Chief Justice
     Karen Angelini, Justice
     Irene Rios, Justice

The panel has considered the appellee T&D Solutions, LLC's motion for rehearing, and the motion is DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court